# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, et. al., | |
| Plaintiffs, | Civil Action No.: 14-cv-1484 |
| v. | |
| BARACK HUSSEIN OBAMA II, et. al. | |
| Defendants. | |

## NOTICE OF ERRATA

Paragraph 11 of the Complaint (Document No. 1) mistakenly referred to violations of the 15th Amendment instead of the 14th Amendment.

Paragraph 11 should read as follows:

Jurisdiction is also proper under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), in so far as the actions violate the 1st, 4th, 5th, and 14th Amendments to the U.S. Constitution.

Dated: August 28, 2014

                                                                                 Respectfully submitted,

                                                                                 */s/ Larry Klayman*
                                                                                 Larry Klayman, Esq.

D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W.
Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

Attorney for Plaintiffs, on behalf of themselves and Plaintiffs' decedents.