UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 14-cv-1484 (TSC) |
| ) | |
| BARACK HUSSEIN OBAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that Federal Defendants' Motion to Dismiss (ECF No. 9) is GRANTED; and it is further

ORDERED that Counts I through III of the Amended Complaint are DISMISSED in their entirety; and it is further

ORDERED that Counts IV through XII are DISMISSED as to Defendants Barack H. Obama, II, Hillary Clinton and John Kerry; and it is further

ORDERED that Plaintiffs may file a motion for leave to file a Second Amended Complaint not later than September 4, 2015.  Any such motion must comply with all applicable Federal and Local Rules and in addition must attach a copy of the proposed Second Amended Complaint which shows, in redline, the proposed changes between the First Amended Complaint and the Second Amended Complaint; and it is further

ORDERED that all claims against Secretary-General Ban Ki-Moon are DISMISSED; and it is further

1

ORDERED that Plaintiffs' motion for an extension of time to effect service on defendants Malik Obama and Hamas (ECF No. 19) is GRANTED. Plaintiffs must effect service on Malik Obama and Hamas by December 31, 2015. Plaintiffs shall file a status report concerning their efforts to effectuate service on Malik Obama and Hamas beginning on August 31, 2015 and continuing every 30 days thereafter until service on both defendants is completed, or December 31, 2015, whichever is first. Plaintiffs may make a motion for authorization to effect service on Malik Obama and Hamas under Fed. R. Civ. P. 4(f)(3) at any time prior to December 31, 2015; and it is further

ORDERED that all claims brought by John Does 1-4 and Jack Roes 1-3 are DISMISSED. The anonymous plaintiffs may file an *ex parte* motion for leave to proceed anonymously on or before September 4, 2015.

Dated: August 21, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge